UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES WESLEY ROORK, #2259913, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § § | CIVIL NO. SA-19-CV-0611-DAE(ESC) |
| WILSON COUNTY SHERIFF'S OFFICE and WILSON COUNTY JUSTICE CENTER, | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff James Wesley Roork's Motion to Proceed *in Forma Pauperis* ("IFP") [#2] and Civil Rights Complaint [#1]. Roork fails to attach a statement certified by the appropriate institutional officer showing all receipts, expenditures and balances during the last six months as required by 28 U.S.C. § 1915.

Accordingly, **IT IS ORDERED** that within twenty-one (21) days from the date of this Order, Plaintiff shall provide the Court with a statement certified by the appropriate institutional officer showing all receipts, expenditures and balances during the last six months.

If Plaintiff fails to comply with this Order, his Complaint may be dismissed for failure to prosecute and failure to comply with the orders of this Court. *See* Fed. R. Civ. P. 41(b).

SIGNED this 25th day of June, 2019.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1